UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
CIVIL ACTION NO.: 18-cv-xxxxxx

*Electronically filed*

CONNIE DOWNEY, INDIVIDUALLY, and
As ADMINISTRATRIX of The ESTATE Of
RALEIGH DOWNEY                                                                          PLAINTIFFS

v.                                **PETITION FOR REMOVAL**

ROOF BOLT TRANSPORT, INC. and
ROBERT W. GLASS                                                                          DEFENDANTS

\* \* \* \* \* \* \* \* \*

Come the Defendants, Roof Bolt Transport, Inc. and Robert W. Glass, by and through counsel, and hereby file this Notice of Removal of the above-captioned action from Clay Circuit Court, to the United States District Court of Kentucky, Eastern District, Central Division at Lexington. In support of the notice of removal, Defendants states as follows:

1.      The Petitioners are Defendants in a civil action brought in the Clay Circuit Court, Clay County Kentucky, entitled Connie Downey, individually & as Administratrix of the Estate of Raleigh Downey, being Civil Action No. 18-CI-00266.

2.      Plaintiffs filed their Complaint in the Clay Circuit Court on November 9, 2018. The Defendants first received notice of this action on November 29, 2018 by way of restricted delivery from the Kentucky Secretary of State's Office. No Answer has been served at this time. Copies of all process and pleadings served on the Defendants in the above-captioned action are attached hereto as Exhibit A, and in compliance with 28 U.S.C. § 1446(a).

1035716

3. The action filed by the Plaintiffs in Clay Circuit Court is removable to this Court under 28 U.S.C. § 1332, as the matter in controversy exceeds the sum value of $75,000, exclusive of interest and costs, and is between parties of different states. Plaintiffs are domiciled in Clay County, Kentucky, Defendant Robert W. Glass, is domiciled in Johnson County, Illinois, and Defendant, Roof Bolt Transport, Inc., is a foreign corporation with its principal place of business in Marion, Illinois. Therefore, this action is properly removable under 28 U.S.C. § 1441(a).

4. Venue would be appropriate in the Central Division, Lexington, of this Court because the alleged acts set out in the Complaint occurred in Fayette County, Lexington, Kentucky.

5. This Notice of Removal is filed pursuant to 28 U.S.C. § 1441. *et seq.*, within 30 days after receipt of the Complaint by Defendants.

WHEREFORE, the Defendants, Roof Bolt Transport, Inc. and Robert W. Glass, respectfully request, that this Notice of Removal be filed, that Civil Action No. 18-CI-00266 of Clay Circuit Court, Commonwealth of Kentucky, be removed to and proceed in this Court; and that no further proceedings be had in the Clay Circuit Court.

Respectfully submitted,

JOHN G. MCNEILL
WHITNEY L. STEPP
LANDRUM & SHOUSE LLP
Post Office Box 951
Lexington, Kentucky 40588-0951
Telephone: 859-255-2424

By:   /s/ *JOHN G. MCNEILL*
ATTORNEYS FOR DEFENDANT

1035716

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has this 19th day of December, 2018, the foregoing document was electronically filed with the ECF system, which will send notification of such filing to the following:

T. Paul Chumbley
Nicholas K. Haynes
Isaacs & Isaacs, P.S.C.
1601 Business Center Court
Louisville, KY  40299
paul@isaacsandisaacs.com
*Counsel for Plaintiff*

By:  /s/  *JOHN G. MCNEILL*
     ATTORNEYS FOR DEFENDANT

1035716