UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
CIVIL ACTION NO.: 6:18-cv-00322

*Electronically filed*

CONNIE DOWNEY, INDIVIDUALLY, and
As ADMINISTRATRIX of The ESTATE Of
RALEIGH DOWNEY                                                          PLAINTIFFS

KALKREUTH ROOFING AND SHEET METAL, and
ARCH INSURANCE COMPANY                          INTERVENING PLAINTIFFS

v.

## DEFENDANTS' EXPERT WITNESS DISCLOSURES

ROOF BOLT TRANSPORT, INC. and
ROBERT W. GLASS                                                       DEFENDANTS

* * * * * * * * *

Come the Defendants, Roof Bolt Transport, Inc. and Robert W. Glass, by and through counsel, and pursuant to the Court's Pretrial Order file the following Expert Witness Disclosures.

1.      Dr. Larry Lynch, 3997 Terrace Woods Lane, Lexington, Kentucky 40513. His opinions are incorporated in his report which is attached hereto and has been submitted to counsel of record.

2.      R. Vince Sayre, Sayre & Associates Forensic Engineering, 1030 Monarch Street, Suite 350, Lexington, Kentucky 40513. Vince Sayre's opinions are attached hereto in his report which has previously been furnished to Plaintiffs' counsel.

3.      Carl Sandler, Sayre & Associates Forensic Engineering, 1030 Monarch Street, Suite 350, Lexington, Kentucky 40513. Carl Sandler's opinions are attached hereto in his report which has previously been furnished to Plaintiffs' counsel.

4823-4615-9547, v. 1

4.   Timothy Jur, EDT Forensic Engineering & Consulting, PO Box 8027, Columbia, South Carolina 29202. Timothy Jur's opinions are attached hereto in his report which has previously been furnished to Plaintiffs' counsel.

5.   These Defendants reserve the right to supplement the opinions as additional information is developed and once Plaintiffs' expert discovery depositions have been taken.

Respectfully submitted,

JOHN G. MCNEILL (KY #46820)
LANDRUM & SHOUSE LLP
Post Office Box 951
Lexington, Kentucky 40588-0951
Telephone: 859-255-2424


By:   _/s/ *JOHN G. MCNEILL*_____
ATTORNEYS FOR DEFENDANT


## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has this 29th day of April, 2020, the foregoing document was electronically filed with the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| T. Paul Chumbley | Allison M. Helsinger |
| Nicholas K. Haynes | Matthew R. Hall |
| Isaacs & Isaacs, P.S.C. | Moore Ingram Johnson & Steele, LLP |
| 1601 Business Center Court | 771 Corporate Drive, Suite 430 |
| Louisville, KY 40299 | Lexington, KY 40503 |
| paul@isaacsandisaacs.com | *Counsel for Intervening Plaintiffs* |
| *Counsel for Plaintiff* | |


By:   /s/  *JOHN G. MCNEILL*_____
ATTORNEYS FOR DEFENDANT


4823-4615-9547, v. 1