UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
CIVIL ACTION NO. 6:18-cv-00322

| | |
|---|---|
| **CONNIE DOWNEY, INDIVIDUALLY, and**<br>**as ADMINISTRATRIX of the ESTATE of**<br>**RALEIGH DOWNEY** | **PLAINTIFFS** |
| **KALKREUTH ROOFING AND SHEET METAL, and**<br>**ARCH INSURANCE COMPANY** | **INTERVENING PLAINTIFFS** |
| **v.** | |
| **ROOF BOLT TRANSPORT, INC., and**<br>**ROBERT W. GLASS** | **DEFENDANTS** |

**INTERVENING PLAINTIFFS' NOTICE OF**
**EXECUTED SETTLEMENT AGREEMENT**

Come the Intervening Plaintiffs, Kalkreuth Roofing and Sheet Metal and Arch Insurance Company, by and through the undersigned counsel, and pursuant to D.E. 151, verify that through counsel they have executed the workers' compensation agreement as part of the settlement in this action. The Plaintiff also executed this agreement along with her workers' compensation attorney, who is not a part of this action. The agreement has been tendered to the Kentucky Department of Workers' Claims for the review and approval of the Chief Administrative Law Judge.

        Respectfully submitted,

        */s/ Matthew R. Hall*
        **ALLISON M. HELSINGER**
        **MATTHEW R. HALL**
        MOORE INGRAM JOHNSON & STEELE, LLP
        *Attorneys for Intervening Plaintiffs*
        771 Corporate Drive, Suite 430
        Lexington, Kentucky 40503
        Telephone: (859) 309-0026
        amhelsinger@mijs.com
        mrhall@mijs.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 21, 2021, the foregoing document was served electronically upon the following:

Hon. Nicholas K. Haynes
Isaacs & Isaacs, P.S.C.
1601 Business Center Court
Louisville, Kentucky 40299
nhaynes@isaacsandisaacs.com
*Counsel for Plaintiffs*

Hon. John G. McNeill
Landrum & Shouse, LLP
106 West Vine Street, Suite 800
P.O. Box 951
Lexington, Kentucky 40588
jmcneill@landrumshouse.com
*Counsel for Defendants*

        */s/ Matthew R. Hall*
        **ALLISON M. HELSINGER**
        **MATTHEW R. HALL**
        *Attorneys for Intervening Plaintiffs*