UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| CONNIE DOWNEY, *Individually, and as Administratrix of the Estate of* Raleigh Downey, | ) ) ) ) | Civil Action No. 6:18-CV-322-CHB |
| Plaintiff, | ) ) ) | |
| KALKREUTH ROOFING AND SHEET METAL and ARCH INSURANCE COMPANY, | ) ) ) ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Intervening Plaintiffs, | ) ) | |
| v. | ) ) | |
| ROOF BOLT TRANSPORT, INC., et al., | ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Agreed Order of Dismissal with Prejudice

[R. 160] of all claims of Plaintiff, Connie Downey, Individually, and as Administratrix of the

Estate of Raleigh Downey, and Intervening Plaintiffs, Kalkreuth Roofing and Sheet Metal and

Arch Insurance Company, against the Defendants, Roof Bolt Transport, Inc. and Robert W.

Glass, signed by all parties who have appeared pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii).

Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.      This matter is **DISMISSED WITH PREJUDICE** as to all defendants, all dates

and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active

docket, with each party to bear its own costs and fees.

- 1 -

This the 19th day of October, 2021.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY